**Electronically Filed**
**Supreme Court**
**SCWC-16-0000368**
**12-JAN-2021**
**01:45 PM**
**Dkt. 24 OCOR**

SCWC-16-0000368

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LANCE M. WATANABE,
Petitioner/Appellant-Appellant/Cross-Appellee,

VS.

EMPLOYEES' RETIREMENT SYSTEM, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000368; 3CC151000052)

ORDER OF CORRECTION
(By: Nakayama, J.)

The Opinion of the Court, filed on January 8, 2021, is corrected to identify the correct party as follows:

In the caption on page 1 of the Opinion, replace "ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAIʻI" with "EMPLOYEES' RETIREMENT SYSTEM, STATE OF HAWAIʻI."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 12, 2021.

/s/ Paula A. Nakayama

Associate Justice